TIMOTHY COURCHAINE
United States Attorney
District of Arizona
GLENN B. McCORMICK
Assistant U.S. Attorney
Arizona State Bar No. 013328
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: glenn.mccormick@usdoj.gov
Attorneys for Plaintiff

☒ FILED ☐ LODGED
Oct 08 2026
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Ninja Jones<br>a.k.a. Susan Jones,<br>Defendant. | No. CR-26-01197-PHX-MTL (ASB)<br>**I N F O R M A T I O N**<br>**VIO:** 18 U.S.C. § 871(a)<br>(Threats Against the President)<br>Count 1 |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

**COUNT 1**

On and between October 29, 2025, and November 6, 2025, the defendant, NINJA JONES, A.K.A. SUSAN JONES, did knowingly and willfully make an oral threat to take the life of and to inflict bodily harm upon the President of the United States, specifically, NINJA JONES, A.K.A. SUSAN JONES stated her intention to kill the President by any means including shooting him, slitting his throat, and blowing him up with explosives.

All in violation of Title 18, United States Code § 871(a).

Dated this 24th day of September 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

Glenn B. McCormick
Digitally signed by GLENN MCCORMICK
Date: 2026.09.24 09:25:00 -07'00'

GLENN B. McCORMICK
Assistant U.S. Attorney